IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Teresa Grimes, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00015 |
| v. | : | Judge Marbley |
| Time Warner Cable Midwest LLC, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

The preliminary pretrial conference set for May 20, 2013 is RESCHEDULED for May 23, 2013 at 10:00 a.m.

                                                s/Mark R. Abel
                                                United States Magistrate Judge